UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| IN RE: | ) |
|---|---|
| DESTINY HADLEY | ) CASE NO.14-71407–AKM-13 |
|  | ) |
| DEBTOR(S) | ) |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to BR 3002.1(f), the Trustee files this Notice that the amount required to cure the below claim has been paid in full or as indicated, and that the debtor(s) has made all payments required under the Plan.

1. **Creditor:** US BANK NA AS TRUSTEE OF SN MORTGAGE

    **Trustee Claim No.** 004    **Court Claim No.** 006

    **Last four digits of number used to identify debtor(s)' account:** 4008

2. **Monthly On-going Mortgage Payments**

    ☒ Post-petition payments paid directly by debtor(s) and Trustee has no knowledge of any disbursements; or

    ☐ Post-petition payments paid by Trustee are current through <u>unknown</u> and due for <u>unknown</u>.

3. **Final Cure Amount**

    |  | Amount Claimed | Paid by Trustee | Balance |
    |---|---|---|---|
    | **Pre-petition Arrearage Amount** | $0.00 | $0.00 | $0.00 |
    | **Post-petition fees, expenses, and charges** | $0.00 | $0.00 | $0.00 |
    | **Post-petition Arrearage Balance** | $0.00 | $0.00 | $0.00 |

4. Pursuant to BR 3002.1(g), within 21 days of the service of this Notice the creditor is obligated to file and serve on the debtor(s), debtor's counsel, and the Trustee a response indicating whether it agrees that the above is correct as of the conclusion of payments via the Trustee conduit.

    If the creditor does not agree, the response shall itemize the required cure or post-petition payment amounts, if any, which the creditor contends remain unpaid as of the conclusion of conduit payments.

|  |  |
|---|---|
| | /s/Robert P. Musgrave |
| November 25, 2019 | Robert P. Musgrave |
| | Chapter 13 Trustee |
| | P.O. Box 972 |
| | Evansville, IN  47706-0972 |
| | Telephone:  (812) 424-3029 |
| | Fax:  (812) 433-3464 |
| | Email address: trusteegeneral@chap13evv.com |

### **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail November 25, 2019:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

 DESTINY  HADLEY

 1104 VANN STREET

 EVANSVILLE, IN 47714

 LLOYD KOEHLER
 ATTORNEY AT LAW
 400 PEARL ST, SUITE 200
 NEW ALBANY, IN 47150-

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address: trusteegeneral@chap13evv.com

SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

SHANNON K CUMMINGS
J PETERMAN LEGAL GROUP, LTD.
165 BISHOPS WAY, SUITE 100
BROOKFIELD, WI 53005

　　　　I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties by first class mail and certified return receipt requested mail November 25, 2019:

SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

SHANNON K CUMMINGS
J PETERMAN LEGAL GROUP, LTD.
165 BISHOPS WAY, SUITE 100
BROOKFIELD, WI 53005

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  trusteegeneral@chap13evv.com